UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY -5  P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case No. 03-40280-nmg

| | |
|---|---|
| RAYMOND A. VEZINA, <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| DEPARTMENT OF THE ARMY <br> and THE SECRETARY OF THE ARMY <br> Defendants | ) <br> ) <br> ) |

## OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO TRANSFER

The Plaintiff, Raymond A. Vezina, hereby opposes Defendants' Motion to Dismiss and Moves that this Court Transfer this action to the United States Court of Federal Claims, pursuant to the authority granted by 28 U.S.C. §1631. A memorandum of law in support of this opposition and motion to Transfer is attached and filed herewith.

Raymond A. Vezina
Plaintiff,
By his Attorney,

/s/ Neil J. Berman

Neil J Berman
109 College Avenue
Somerville, MA    02144
(617) 628-1563
BBO #566-784

Date: 5-3-04

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5-4-04