UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Raymond A. Vezina,
    Plaintiff(s)

v.

Department of the Army and
The Secretary of the Army,
    Defendant(s)

CIVIL ACTION
NO. 03-40280-FDS

### ORDER FOR TRANSFER

SAYLOR, D.J.

In accordance with this Court's Memorandum and Order dated 12/2/04, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the United States Federal Court of Claims for all further proceedings.

By the Court,

/s/ Martin Castles
Deputy Clerk

Date: December 2, 2004

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Raymond A. Vezina,
    Plaintiff(s)

    v.                              CIVIL ACTION
                                      NO. 03-40280-FDS

Department of the Army and
The Secretary of the Army,
    Defendant(s)

## ORDER FOR TRANSFER

SAYLOR, D.J.

    In accordance with this Court's Memorandum and Order dated 12/2/04, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the United States Federal Court of Claims for all further proceedings.

                                                By the Court,

                                                /s/ Martin Castles
                                                Deputy Clerk

Date: December 2, 2004