# United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 7, 2004

Tony Anastas, Clerk
United States District Court for
the District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

In re: *Raymond A. Vezina v. Department of the Army, et al.*,
Case No. 03-40280-FDS

Dear Mr. Anastas:

We are in receipt of the documents that your office forwarded in the above matter. I am returning these materials to you at this time. The forwarding of the above referenced case before the appeal period has expired is premature under 28 U.S.C. §1292(d)(4)(B). If no appeal is taken from the transfer order within the 60 day appeal period, please forward a certified copy of the transfer order, the complete file, or a certified copy of the complete file, and an updated certified copy of the docket sheet to this office. Please also make sure the individual documents are properly bound (i.e. stapled). We will then process the documents, pursuant to the guidelines set out in Rule 3.1 of the Rules of the U.S. Court of Federal Claims.

If you have any questions about this procedure, please contact me at 202-219-9562.

Very truly yours,

Debbie Samler
Senior Docket Specialist

Enclosures



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
DONOHUE FEDERAL BUILDING
595 MAIN STREET
WORCESTER, MASSACHUSETTS 01608
TELEPHONE: 508-793-0552

TO:                                          RE:

__U.S. Court of Federal Claims__            CIVIL ACTION #. __03cv40280__

__717 Madison Place, N.W.__                  CRIMINAL #. _____

__Washington, D.C. 20005-1086__


Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on __12/2/04__ by the Honorable __F. Dennis Saylor__.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered __1-7__

(  )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

WILLIAM RUANE, ACTING CLERK

Date:  __12/2/04__

By: _____
Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(transrec.ltr - 10/96)