

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DONOHUE FEDERAL BUILDING
595 MAIN STREET
WORCESTER, MASSACHUSETTS 01608
TELEPHONE: 508-793-0552

**RECEIVED & FILED**

MAR 1 6 2005

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

TO:

__U.S. Court of Federal Claims__

__717 Madison Place, N.W.__

__Washington, D.C. 20005-1086__

RE:

CIVIL ACTION #. __03cv40280__

CRIMINAL #. _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on __12/2/04__ by the Honorable __F. Dennis Saylor__.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered __1-7__

(   )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

WILLIAM RUANE, ACTING CLERK

Date: __12/2/04__

By: _____
Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on __March 16, 2005__ and assigned the following case number: __05-372C__

By: __Derek Williams__
Deputy Clerk

(transrec.ltr - 10/96)